**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6352

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKY L. RIVERS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-99-45)

Submitted: August 25, 2005       Decided: September 1, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ricky L. Rivers, Appellant Pro Se. Brian Lee Whisler, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky L. Rivers seeks to appeal a district court order allegedly entered on October 4, 2004. Though Rivers includes an October 4, 2004, letter to a third party from the district court concerning serving his state sentence before serving his federal sentence, no final appealable order was entered on that date.

This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). After thoroughly reviewing the record and Rivers' submissions, we conclude that Rivers fails to appeal an appealable order. Accordingly, we deny Rivers' motion for the appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED